IN RE GRAND JURY.

[Cite as *In re Grand Jury* (1996), 76 Ohio St.3d 236.]

(No. 95–1334—Submitted June 4, 1996—Decided August 7, 1996.)

*Michael G. Spahr*, Washington County Prosecuting Attorney, *Allison L. Cauthorn–Kreiss* and *Kevin A. Rings*, Assistant Prosecuting Attorneys, for appellee state of Ohio.

*David H. Bodiker*, Ohio Public Defender, *Randall L. Porter* and *Randy D. Ashburn*, Assistant Public Defenders; and *Pamela Prude–Smithers*, Assistant Federal Public Defender, for appellant Michael Elkins.

*Warner & Warner Co., L.P.A.*, and *Roger Warner*, for appellant Samuel Metz.

COOK, J. In this case, we revisit the issue of final appealable orders and, in so doing, affirm the court of appeals. In *Polikoff v. Adam* (1993), 67 Ohio St.3d 100, 616 N.E.2d 213, at syllabus, we stated, "Orders that are entered in actions that were recognized at common law or in equity and were not specially created by

statute are not orders entered in special proceedings pursuant to R.C. 2505.02." Grand jury proceedings, having existed at common law, are not "special proceedings," notwithstanding the fact that they have been codified. See *State ex rel Doerfler v. Price* (1920), 101 Ohio St. 50, 54, 128 N.E. 173, 175; R.C. 2941.02 *et seq.*

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and STRATTON, JJ., concur.